```
FILED
CLERK, U.S. DISTRICT COURT
06/09/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY
```

Douglas Kruschen
P.O. Box 465
Agoura Hills, CA 91376-0465
(805) 225-3328
*(Plaintiff Pro Se)*

Fee Paid

LODGED CLERK, U.S. DISTRICT COURT MAY 22 2014 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

RECEIVED CLERK, U.S. DISTRICT COURT MAY 21 2014 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

I/S
21

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>*Plaintiff*<br><br>v.<br><br>SEARCH AMERICA, INC., a corporation,<br><br>*Defendants* | Case No.: CV14-3965 MMM(SHx)<br><br>**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>(Unlawful Debt Collection Practices)<br><br>Judge:<br>Dept.:<br>Trial Date: |

COMES NOW Plaintiff DOUGLAS KRUSCHEN, an individual, and for causes of action against Defendant, alleges as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Credit Reporting Act, *15 U.S.C. § 1681 et seq.* (FCRA).

2. Count II of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. § 1692 et seq.* (FDCPA).

3. Count III of Plaintiff's Complaint is based on the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code § 1788 et seq.* (RFDCPA).

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. § 1681(p)* and *28 U.S.C. § 1331*.

5. *28 U.S.C. § 1367* grants this court supplemental jurisdiction over the state claims contained therein.

6. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

7. Venue is proper pursuant to *28 U.S.C. § 1391(b)(2)*.

8. Declaratory relief is available pursuant to *28 U.S.C. §§ 2201 and 2202*.

## PARTIES

9. Plaintiff is a citizen of the state of California, residing within the federal Central District.

10. Plaintiff is a "person" as defined by *47 U.S.C. §§ 153(39) and 1681a(b)*.

11. Plaintiff is a "consumer" as defined by *15 U.S.C. §§ 1681a(c) and 1692(a)(3)*.

12. Defendant is a "debt collector" as defined by *15 U.S.C. § 1692a(6) and Cal Civ. Code §1788.2(c)*.

13. Defendant is a "consumer reporting agency" as defined by *15 U.S.C. § 1681a(f) and Cal Civ. Code §1788.2(k)*.

14. Defendant engages in "interstate communications" as defined by *47 U.S.C. § 153(28)*.

15. Defendant is a corporation with its headquarters in Maple Grove, Minnesota.
16. At all relevant times, Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and/or insurers.

## FACTUAL ALLEGATIONS

17. On or about January 23, 2014, Plaintiff obtained a copy of his consumer credit report "file" from credit reporting agency, Experian Information Systems, Inc.
18. Based on information contained within the January 23, 2014, dated report from Experian Information Systems, Inc., Defendant obtained Plaintiff's credit report on September 10, 2012.
19. On February 18, 2014, Plaintiff contacted Defendant to inquire as to the permissible purpose asserted.
20. On or about March 6, 2014, Defendant sent Plaintiff a form response to the February 18, 2014, letter, but did not provide any detail requested.
21. Between February 18, 2014, and the filing of this action, Plaintiff and Defendant have been unable to reach an agreement to settle the matter without judicial intervention.

## COUNT I
## DEFENDANT VIOLATED THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681 et seq.

22. The Fair Credit Reporting Act (FCRA) defines the permissible purposes for which persons may obtain a consumer's credit report.

23. ~~Such permissible purposes include a consumer having~~ business with, accounts with, pending application for credit with, pending application for employment with, or pending application for insurance with the person requesting. *15 U.S.C. § 1681b*

24. At no time has Plaintiff ever had business with, had accounts with, made application for credit with, made application for employment with, made application for insurance with, or received an unsolicited offer of credit from, Defendant.

25. Defendant violated *15 U.S.C. § 1681b* as at no time did Defendant have Plaintiff's express consent to acquire Plaintiff's consumer credit report nor did Defendant have a permissible purpose.

## COUNT II

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. § 1692 et seq.

26. Plaintiff repeats, re-alleges and incorporates by reference each of the foregoing paragraphs, and each and every part thereof with the same force and effect as though set out at length herein.

27. Defendant negligently, willfully and routinely engaged in numerous acts or omissions prohibited by the FDCPA, including, but not limited to:

28. Defendant violated § 1692e(10) of the FDCPA by the "use [of]...false, deceptive, or misleading representation or means in connection with the collection of any debt."

29. Defendant violated § 1692e(11) of the FDCPA by failing "...to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector..."

30. The foregoing acts of Defendant constitute violations of the FDCPA.

31. Accordingly, as a direct and proximate result of Defendant's outrageous conduct and acts, Plaintiff suffered both emotional distress and economic losses; Defendant's conduct has caused Plaintiff emotional distress including but not limited to embarrassment, humiliation, anger, anxiety, and fear.

## COUNT III

## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA), Cal. Civ. Code § 1788 et seq.

32. Plaintiff repeats, re-alleges and incorporates by reference each of the foregoing paragraphs, and each and every part thereof with the same force and effect as though set out at length herein.

33. The Rosenthal Fair Debt Collection Practices Act (RFDCPA) was enacted by the California Legislature "to prohibit debt collectors from engaging in unfair or deceptive acts or practices in the collection of consumer debts." *Cal. Civ. Code § 1788.1(b)*

34. Penalties provided for under RFDCPA "are intended to be cumulative and are in addition to any other procedures, rights, or remedies under any other provision of law." *Cal. Civ. Code § 1788.32.*

35. RFDCPA, at *§ 1788.17*, holds that a violation of the FDCPA is also a violation of the RFDCPA.

36. Defendant violated *§ 1788.17* of the RFDCPA by failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, DOUGLAS KRUSCHEN, requests that judgment be entered against Defendant, SEARCH AMERICA, INC., for the following:

**Count I:**

37. Declaratory judgment that Defendant's conduct violated the Fair Credit Reporting Act,

38. Statutory damages of $1,000.00 pursuant to the Fair Credit Reporting Act, *15 U.S.C. § 1681n(a)(1)(A),*

39. Punitive damages of $5,000.00 pursuant to the Fair Credit Reporting Act, *15 U.S.C. § 1681n(a)(1)(B),* and

40. Any other relief as the court deems appropriate.

**Count II:**

41. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

42. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. § 1692k*,

43. Costs and reasonable attorney's fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. § 1692k*, and

44. Any other relief as the court deems appropriate.

**Count III:**

45. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

46. Statutory damages of up to $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code § 1788.30(b)*,

47. Costs and reasonable legal fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code § 1788.30(c)*, and

48. Any other relief as the court deems appropriate.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DOUGLAS KRUSCHEN, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

Dated: May 19, 2014

By: Douglas Kruschen
(Plaintiff Pro Se)

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, DOUGLAS KRUSCHEN, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I believe that all of the facts contained in the above entitled civil Complaint are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass and Defendant, cause unnecessary delay to and Defendant, or create needless increase in the cost of litigation to any Defendant, named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by me where appropriate, I have not altered, changed, modified or fabricated exhibits, except some may contain my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DOUGLAS KRUSCHEN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2014

By: DOUGLAS KRUSCHEN
(Plaintiff)



**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☒) | DEFENDANTS (Check box if you are representing yourself ☐) |
|---|---|
| DOUGLAS KRUSCHEN, an individual | SEARCH AMERICA, INC., a corporation |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Douglas Kruschen<br>P.O. Box 465<br>Agoura Hills, CA 91376-0465<br>(805) 225-3328 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 8,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1681 et seq - Unlawful Debt Collection Practices
15 U.S.C. § 1692 et seq - Unlawful Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | Habeas Corpus: | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | TORTS | TORTS | ☐ 530 General | SOCIAL SECURITY |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | PERSONAL INJURY | PERSONAL PROPERTY | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | Other: | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | BANKRUPTCY | ☐ 560 Civil Detainee Conditions of Confinement | FEDERAL TAX SUITS |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | FORFEITURE/PENALTY | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | LABOR | |
| ☐ 896 Arbitration | REAL PROPERTY | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** CV14-3965

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_  DATE: May 19, 2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |