CLERK, U.S. DISTRICT COURT
06/09/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: AP  DEPUTY

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DOUGLAS KRUSCHEN
P.O. BOX 465
AGOURA HILLS, CA 91376-0465
DOUGLASK@MAC.COM
(805) 225-3328

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS KRUSCHEN, an individual, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV14-3965 MMM (SHx) |
| v. | |
| SEARCH AMERICA, INC., a corporation, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    DOUGLAS KRUSCHEN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SEARCH AMERICA, INC. | Defendant |

LODGED
CLERK, U.S. DISTRICT COURT
MAY 22 2014
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

May 19, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

DOUGLAS KRUSCHEN

CV-30 (05/13)                                        NOTICE OF INTERESTED PARTIES