# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  MARGARET M. MORROW

From: ANEL HUERTA                            , Deputy Clerk    Date Received: 6/30/2014

Case No.: CV 14-3965MMM(SHx)        Case Title: Kruschen vs Search America, Inc.

Document Entitled: RETURN OF SERVICE

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☒ | Other: | No title page. Filer shall use the form on the court's website. See form POS-010. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐   The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____           _____
Date                           U.S. District Judge / U.S. Magistrate Judge

☒   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

7/10/2014                      MARGARET M. MORROW
_____           _____
Date                           U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Los Angeles District of California

Case Number: CV14-3965MMM(SHX)

Plaintiff:
**Douglas Kruschen, an individual**

vs.

Defendant:
**Search America, Inc., a corporation**

For:
Douglas Kruschen
PO Box 465
Agoura Hills, CA  91376

Received by On-Call Attorney & Messenger Services, Inc. to be served on **Search America, Inc., 818 West Seventh Street, 2nd Floor, Los Angeles, CA 90017**.

I, Brandon Woods, do hereby affirm that on the **23rd day of June, 2014** at **1:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, First Amended Verified Complaint, Certification and Notice of Interested Parties, and Notice of Assignment to United States Judges** with the date and hour of service endorsed thereon by me, to: **CT Corporation Systems, c/o Vivian Imperial** at the address of: **818 West Seventh Street, 2nd Floor, Los Angeles, CA 90017**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Brandon Woods**
Process Server

**On-Call Attorney & Messenger Services, Inc.**
1875 Century Park East, Suite H
Los Angeles, CA 90067
(310) 858-9800

Our Job Serial Number: ONC-2014001803

Service Fee: $55.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

P.O. Box 465
Agoura Hills, CA 91376

MMM

Central District Court
Rm G-8 Civil Intake
312 N Spring St
Los Angeles, CA 90012-4701

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

FOREVER

A2454042822 1427