1  Ann T. Rossum (State Bar No. 281236)
   atrossum@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA 92612.4408
4  Telephone: +1.949.851.3939
   Facsimile:   +1.949.553.7539
5
   Attorneys for Defendant
6  SEARCH AMERICA, INC.

7

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 DOUGLAS KRUSCHEN, an                Case No. CV 14-3965-MMM(SHx)
   individual,
13                                     **SEARCH AMERICA, INC.'S
                                       ANSWER TO FIRST
14              Plaintiff,             AMENDED VERIFIED
                                       COMPLAINT**
15        v.

16 SEARCH AMERICA, INC., a
   corporation,
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Search America, Inc. ("Search America") by and through its undersigned counsel and answers Plaintiff Douglas Kruschen's ("Plaintiff") First Amended Verified Complaint ("Complaint") as follows:

## RESPONSE TO INTRODUCTION

1.      In response to paragraph 1 of the Complaint, Search America admits that Plaintiff's Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA").  Search America denies that it has violated the FCRA.

2.      In response to paragraph 2 of the Complaint, Search America admits that Plaintiff's Complaint purports to state claims under the Fair Debt Collection Act ("FDCPA").  Search America denies that it has violated the FDCPA.

3.      In response to paragraph 3 of the Complaint, Search America admits that Plaintiff's Complaint purports to state claims under the Consumer Credit Reporting Agencies Act ("CCRAA").  Search America denies that it has violated the CCRAA.

4.      In response to paragraph 4 of the Complaint, Search America admits that Plaintiff's Complaint purports to state claims under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA").  Search America denies that it has violated the RFDCPA.

## RESPONSE TO ALLEGATIONS OF JURISDICTION AND VENUE

5.      In response to paragraph 5 of the Complaint, Search America admits that Plaintiff has alleged jurisdiction based on 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331.  Search America states that these are legal conclusions that are not subject to denial or admission.

6.      In response to paragraph 6 of the Complaint, Search America admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 1367.  Search America states that these are legal conclusions that are not subject to denial or admission.

///

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)

7.     In response to paragraph 7 of the Complaint, Search America admits that it is qualified to do business and conducts business in the State of California. Except as specifically admitted, Search America states that this is a legal conclusion, which is not subject to admission or denial.

8.     In response to paragraph 8 of the Complaint, Search America states that Plaintiff has alleged that venue in this district is proper.  Search America states that this is a legal conclusion, which is not subject to admission or denial.

9.     In response to paragraph 9 of the Complaint, Search America states that Plaintiff has alleged that declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.  Search America states that this is a legal conclusion, which is not subject to admission or denial.

## RESPONSE TO ALLEGATIONS REGARDING PARTIES

10.     In response to paragraph 10 of the Complaint, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 10 of the Complaint.

11.     In response to paragraph 11 of the Complaint, Search America states that the allegations therein are legal conclusions, which are not subject to denial or admission.  To the extent a response is required, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 11 of the Complaint.

12.     In response to paragraph 12 of the Complaint, Search America states that the allegations therein are legal conclusions, which are not subject to denial or admission.  To the extent a response is required, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 12 of the Complaint.

13.    In response to paragraph 13 of the Complaint, Search America states that the allegations therein are legal conclusions, which are not subject to denial or admission.  To the extent a response is required to paragraph 13 of the complaint, Search America denies, generally and specifically, each and every allegation of paragraph 13 of the Complaint.

14.    In response to paragraph 14 of the Complaint, Search America states that the allegations therein are legal conclusions, which are not subject to denial or admission.  To the extent a response is required, Search America admits it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) and Cal. Civ. Code § 1788.2(k).  Except as specifically admitted, Search America denies, generally and specifically, each and every remaining allegation of paragraph 14 of the Complaint.

15.    In response to paragraph 15 of the Complaint, Search America states that the allegations therein are legal conclusions, which are not subject to denial or admission.  To the extent a response is required to paragraph 15 of the complaint, Search America denies, generally and specifically, each and every allegation of paragraph 15 of the Complaint.

16.    In response to paragraph 16 of the Complaint, Search America admits that its principal place of business is in Maple Grove, Minnesota.  Except as specifically admitted, Search America denies, generally and specifically, each and every remaining allegation of paragraph 16 of the Complaint.

17.    In response to paragraph 17 of the Complaint, Search America states that the allegations therein are legal conclusions, which are not subject to denial or admission.  To the extent a response is required, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically every allegation contained in paragraph 17 of the Complaint.

///

## <u>RESPONSE TO FACTUAL ALLEGATIONS</u>

18.    In response to paragraph 18 of the Complaint, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 18 of the Complaint.

19.    In response to paragraph 19 of the Complaint, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 19 of the Complaint.

20.    In response to paragraph 20 of the Complaint, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 20 of the Complaint.

21.    In response to paragraph 21 of the Complaint, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 21 of the Complaint.

22.    In response to paragraph 22 of the Complaint, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 22 of the Complaint.

## <u>RESPONSE TO COUNT I:</u>

## <u>FAIR CREDIT REPORTING ACT (FCRA),</u>

## <u>15 U.S.C. § 1681 ET SEQ.</u>

23.    In response to paragraph 23 of the Complaint, Search America states that the allegations therein are legal conclusions, which are not subject to denial or admission.  To the extent a response is required to paragraph 23 of the complaint, Search America admits that the 15 U.S.C. § 1681b of the FCRA sets forth

1   permissible purposes of consumer reports.  Except as specifically admitted, Search

2   America denies, generally and specifically, each and every remaining allegation of

3   paragraph 23 of the Complaint.

4         24.    In response to paragraph 24 of the Complaint, Search America states

5   that the allegations therein are legal conclusions, which are not subject to denial or

6   admission.  To the extent a response is required to paragraph 24 of the complaint,

7   Search America admits that the 15 U.S.C. § 1681b of the FCRA sets forth

8   permissible purposes of consumer reports.  Except as specifically admitted, Search

9   America denies, generally and specifically, each and every remaining allegation of

10  paragraph 24 of the Complaint.

11        25.    In response to paragraph 25 of the Complaint, Search America is

12  without knowledge or information sufficient to form a belief as to the truth of the

13  allegations contained therein and, on that basis, denies, generally and specifically,

14  each and every allegation of paragraph 25 of the Complaint.

15        26.    In response to paragraph 26 of the Complaint, Search America states

16  that the allegations contained therein are legal conclusions to which no response is

17  required.  To the extent that a response is required, Search America denies,

18  generally and specifically, each and every allegation of paragraph 26 of the

19  Complaint.

20  **RESPONSE TO COUNT II:**

21  **FAIR DEBT COLLECTION PRACTICES ACT (FDCPA),**

22  **15 U.S.C. § 1692 ET SEQ.**

23        27.    In response to paragraph 27 of the Complaint, Search America

24  incorporates its responses to paragraphs 1-26 above as though set forth fully herein.

25        28.    In response to paragraph 28 of the Complaint, Search America states

26  that the allegations contained therein are legal conclusions to which no response is

27  required.  To the extent that a response is required, Search America denies,

28

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)

1    generally and specifically, each and every allegation of paragraph 28 of the

2    Complaint.

3         29.     In response to paragraph 29 of the Complaint, Search America states

4    that the allegations contained therein are legal conclusions to which no response is

5    required.  To the extent that a response is required, Search America denies,

6    generally and specifically, each and every allegation of paragraph 29 of the

7    Complaint.

8         30.     In response to paragraph 30 of the Complaint, Search America states

9    that the allegations contained therein are legal conclusions to which no response is

10    required.  To the extent that a response is required, Search America denies,

11    generally and specifically, each and every allegation of paragraph 30 of the

12    Complaint.

13         31.     In response to paragraph 31 of the Complaint, Search America states

14    that the allegations contained therein are legal conclusions to which no response is

15    required.  To the extent that a response is required, Search America denies,

16    generally and specifically, each and every allegation of paragraph 31 of the

17    Complaint.

18         32.     In response to paragraph 32 of the Complaint, Search America states

19    that the allegations contained therein are legal conclusions to which no response is

20    required.  To the extent that a response is required, Search America denies,

21    generally and specifically, each and every allegation of paragraph 32 of the

22    Complaint.

23                 **RESPONSE TO COUNT III:**

24      **FAIR DEBT COLLECTION PRACTICES ACT (FDCPA),**

25               **15 U.S.C. § 1692 ET SEQ.**

26         33.     In response to paragraph 33 of the Complaint, Search America

27    incorporates its responses to paragraphs 1-32 above as though set forth fully herein.

28

34.     In response to paragraph 34 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 34 of the Complaint.

35.     In response to paragraph 35 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 35 of the Complaint.

36.     In response to paragraph 36 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 36 of the Complaint.

## **RESPONSE TO COUNT IV:**

## **FAIR DEBT COLLECTION PRACTICES ACT (FDCPA),**

## **15 U.S.C. § 1692 ET SEQ.**

37.     In response to paragraph 37 of the Complaint, Search America incorporates its responses to paragraphs 1-36 above as though set forth fully herein.

38.     In response to paragraph 38 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 38 of the Complaint.

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)

39.     In response to paragraph 39 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 39 of the Complaint.

40.     In response to paragraph 40 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 40 of the Complaint.

41.     In response to paragraph 41 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 41 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

42.     In response to paragraph 42 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 42 of the Complaint.

43.     In response to paragraph 43 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 43 of the Complaint.

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)

44.     In response to paragraph 44 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 44 of the Complaint.

45.     In response to paragraph 45 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 45 of the Complaint.

46.     In response to paragraph 46 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 46 of the Complaint.

47.     In response to paragraph 47 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 47 of the Complaint.

48.     In response to paragraph 48 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies, generally and specifically, each and every allegation of paragraph 48 of the Complaint.

49.     In response to paragraph 49 of the Complaint, Search America states that the allegations contained therein are legal conclusions to which no response is required.  To the extent that a response is required, Search America denies,

1   generally and specifically, each and every allegation of paragraph 49 of the
2   Complaint.

3        50.    In response to paragraph 50 of the Complaint, Search America states
4   that the allegations contained therein are legal conclusions to which no response is
5   required.  To the extent that a response is required, Search America denies,
6   generally and specifically, each and every allegation of paragraph 50 of the
7   Complaint.

8        51.    In response to paragraph 51 of the Complaint, Search America states
9   that the allegations contained therein are legal conclusions to which no response is
10  required.  To the extent that a response is required, Search America denies,
11  generally and specifically, each and every allegation of paragraph 51 of the
12  Complaint.

13       52.    In response to paragraph 52 of the Complaint, Search America states
14  that the allegations contained therein are legal conclusions to which no response is
15  required.  To the extent that a response is required, Search America denies,
16  generally and specifically, each and every allegation of paragraph 52 of the
17  Complaint.

18       53.    In response to paragraph 53 of the Complaint, Search America states
19  that the allegations contained therein are legal conclusions to which no response is
20  required.  To the extent that a response is required, Search America denies,
21  generally and specifically, each and every allegation of paragraph 53 of the
22  Complaint.

23       54.    In response to paragraph 54 of the Complaint, Search America states
24  that the allegations contained therein are legal conclusions to which no response is
25  required.  To the extent that a response is required, Search America denies,
26  generally and specifically, each and every allegation of paragraph 54 of the
27  Complaint.

28

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)

1    55.    In response to paragraph 55 of the Complaint, Search America states

2    that the allegations contained therein are legal conclusions to which no response is

3    required.  To the extent that a response is required, Search America denies,

4    generally and specifically, each and every allegation of paragraph 55 of the

5    Complaint.

6    56.    In response to paragraph 56 of the Complaint, Search America states

7    that the allegations contained therein are legal conclusions to which no response is

8    required.  To the extent that a response is required, Search America denies,

9    generally and specifically, each and every allegation of paragraph 56 of the

10   Complaint.

11   57.    In response to paragraph 57 of the Complaint, Search America states

12   that the allegations contained therein are legal conclusions to which no response is

13   required.  To the extent that a response is required, Search America denies,

14   generally and specifically, each and every allegation of paragraph 57 of the

15   Complaint.

16   58.    In response to paragraph 58 of the Complaint, Search America states

17   that the allegations contained therein are legal conclusions to which no response is

18   required.  To the extent that a response is required, Search America denies,

19   generally and specifically, each and every allegation of paragraph 58 of the

20   Complaint.

21   **RESPONSE TO DEMAND FOR JURY TRIAL**

22   59.    In response to paragraph 59 of the Complaint, Search America admits

23   that Plaintiff demands a jury trial on all issues triable.

24   **AFFIRMATIVE DEFENSES**

25   In further response to Plaintiff's Complaint, Search America hereby asserts

26   the following affirmative defenses, without conceding that it bears the burden of

27   persuasion as to any of them.

28

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)

## FIRST AFFIRMATIVE DEFENSE

## (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Search America and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Search America.

## SECOND AFFIRMATIVE DEFENSE

## (IMMUNITY)

All claims against Search America are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## THIRD AFFIRMATIVE DEFENSE

## (TRUTH/ACCURACY OF INFORMATION)

All claims against Search America are barred because all information Search America communicated to any third person regarding Plaintiff was true.

## FOURTH AFFIRMATIVE DEFENSE

## (INDEMNIFICATION)

Search America is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Search America had neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate Plaintiff's damages.

## SIXTH AFFIRMATIVE DEFENSE

## (LACHES)

The Complaint and each claim for relief therein is barred by the doctrine of laches.

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)

## SEVENTH AFFIRMATIVE DEFENSE
### (CONTRIBUTORY/COMPARATIVE FAULT)

Search America is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence that equaled or exceeded any alleged negligence or wrongdoing by Search America.

## EIGHTH AFFIRMATIVE DEFENSE
### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Search America continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS)

Search America is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE
### (CLAIM PRECLUSION)

On information and belief, all of Plaintiff's claims against Search America are barred by the doctrine of claim preclusion.

## ELEVENTH AFFIRMATIVE DEFENSE
### (ISSUE PRECLUSION)

On information and belief, all of Plaintiff's claims against Search America are barred by the doctrine of issue preclusion.

## TWELFTH AFFIRMATIVE DEFENSE
### (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)

## THIRTEENTH AFFIRMATIVE DEFENSE
## (INTERVENING CAUSE)

Search America alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Search America was not a proximate cause of the alleged injuries.

## FOURTEENTH AFFIRMATIVE DEFENSE
## (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Search America reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Search America Information Solutions, Inc. prays as follows:

(1)   That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)   For costs of suit and attorneys' fees herein incurred; and

(3)   For such other and further relief that this Court may deem necessary and proper.

Dated:      July 14, 2014            JONES DAY


By:/s/ Ann T. Rossum
          Ann T. Rossum

Attorneys for Defendant

IRI-64765v1

SEARCH AMERICA, INC.'S
ANSWER TO COMPLAINT
CV14-3695-MMM (SHx)