| | |
|---|---|
| 1 | Ann T. Rossum (State Bar No. 281236) |
| 2 | atrossum@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA 92612.4408<br>Telephone: +1.949.851.3939 |
| 5 | Facsimile: +1.949.553.7539 |
| 6 | Attorneys for Defendant<br>SEARCH AMERICA, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual, | Case No. CV 14-3965-MMM(SHx) |
| Plaintiff, | **SEARCH AMERICA, INC.'S CERTIFICATE OF INTERESTED ENTITIES** |
| v. | |
| SEARCH AMERICA, INC., a corporation, | |
| Defendant. | |

1  The undersigned, counsel of record for Search America, Inc., ("Search America") certifies pursuant to Local Rule Civil Rule 7.1 that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

  1. Parent Companies:  The sole parent company of Search America is Experian Holdings, Inc., 100% of which is owned indirectly by Experian plc.

  2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

   (a) Central Source LLC
   (b) Online Data Exchange LLC
   (c) New Management Services LLC
   (d) VantageScore Solutions LLC
   (e) Opt-Out Services LLC

  3. Publicly Held Companies:  No publicly owned company owns 10% or more of Search America's stock, but Experian plc, indirectly, owns 100% of Experian Holdings, Inc.  Experian plc is a Jersey registered company, which is publicly traded on the London Stock Exchange.

Dated:   July 14, 2014            JONES DAY

                      By:*/s/ Ann T. Rossum*
                         Ann T. Rossum

                      Attorneys for Defendant

IRI-64768v1