1  Ann T. Rossum (State Bar No. 281236)
   atrossum@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612.4408
4  Telephone:  +1.949.851.3939
   Facsimile:   +1.949.553.7539
5
   Attorneys for Defendant
6  SEARCH AMERICA, INC.

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                   WESTERN DIVISION
11

12 DOUGLAS KRUSCHEN, an            Case No. CV 14-3965-MMM(SHx)
   individual,
13                                 **PROOF OF SERVICE**
14              Plaintiff,
15      v.
16 SEARCH AMERICA, INC., a
   corporation,
17
                Defendant.
18

IRI-64797v1

PROOF OF SERVICE
CV14-3695-MMM (SHx)

# PROOF OF SERVICE

I, Yuri Nomiyama, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On July 14, 2014, I served a copy of the within document(s):

**SEARCH AMERICA, INC.'S ANSWER TO FIRST AMENDED VERIFIED COMPLAINT; and**

**SEARCH AMERICA, INC.'S CERTIFICATE OF INTERESTED ENTITIES**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

Douglas Kruschen          Plaintiff in *pro se*
P O Box 465
Agoura Hills, CA 91376-0465

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2014, at Irvine, California.

_____
Yuri Nomiyama