1  Ann T. Rossum (State Bar No. 281236)
   atrossum@jonesday.com
2  JONES DAY
3  3161 Michelson Drive
   Suite 800
4  Irvine, CA  92612.4408
   Telephone:  +1.949.851.3939
5  Facsimile:   +1.949.553.7539

6  Attorney for Defendant
   SEARCH AMERICA, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

| 12 | DOUGLAS KRUSCHEN, an individual, | Case No. CV 14-3965-MMM(SHx) |
|---|---|---|
| 13 | | **JOINT NOTICE OF SETTLEMENT** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | SEARCH AMERICA, INC., a corporation, | |
| 17 | Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

1    PLEASE TAKE NOTE THAT Plaintiff Douglas Kruschen and Defendant Search America, Inc. ("Search America") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Search America pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal with Prejudice of the claims asserted against Search America.

Respectfully Submitted,

Dated: September 8, 2014

JONES DAY

By: */s/ Ann T. Rossum*
      Ann T. Rossum

Attorneys for Defendant
SEARCH AMERICA, INC.

Dated: September 8, 2014

By: */s/ Douglas Kruschen*
      Douglas Kruschen

Plaintiff *Pro Se*

IRI-360066515v1