Douglas Kruschen
P.O. Box 465
Agoura Hills, CA 91376-0465
(805) 225-3328
plaintiff@searchamericalawsuit.com
(Plaintiff Pro Se)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>*Plaintiff*<br><br>v.<br><br>SEARCH AMERICA, INC., a corporation,<br><br>*Defendant* | Case No.: CV14-03965 MMM (SHx)<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(FRCP 41(a)(1)(A)(ii))** |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**(FRCP 41(a)(1)(A)(ii))**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice and without costs to any party as against all defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED.

DATED: October 12, 2014

By: _____
DOUGLAS KRUSCHEN
PLAINTIFF PRO SE

DATED: October 9, 2014

By: _Ann T. Rossum_____
ANN T. ROSSUM
JONES DAY
Attorney for Defendant
SEARCH AMERICA, INC.