1  Ann T. Rossum (State Bar No. 281236)
   atrossum@jonesday.com
2  JONES DAY
3  3161 Michelson Drive
   Suite 800
4  Irvine, CA  92612.4408
   Telephone:  +1.949.851.3939
5  Facsimile:   +1.949.553.7539

6  Attorney for Defendant
   SEARCH AMERICA, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | DOUGLAS KRUSCHEN, an individual, | Case No. CV 14-3965-MMM(SHx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF DOUGLAS KRUSCHEN AND DEFENDANT SEARCH AMERICA, INC.** |
| v. | |
| SEARCH AMERICA, INC., a corporation, | |
| Defendant. | |

                                                    STIP. DISMISSAL WITH PREJUDICE
                                                          CV 14-3965-MMM(SHx)

1  After considering the parties' Stipulation for Voluntary Dismissal with
2  Prejudice, IT IS SO ORDERED that all Plaintiff Douglas Kruschen's claims
3  against Search America, Inc. ("Search America") in the above-captioned matter are
4  dismissed with prejudice. Each party shall each bear his or its own costs and
5  attorneys' fees.
6  IT IS SO ORDERED.

8  Dated: October 10, 2014

   *Margaret M. Morrow*
   HON. MARGARET M. MORROW
   UNITED STATES DISTRICT JUDGE